**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff            )<br>                                        )<br>vs.                                 )<br>                                        )<br>Diego Leonardo Torres   )<br>                                        )<br>            Defendant(s)      ) | CRIMINAL NO. __08mj 462__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge)   **WILLIAM McCURINE, Jr**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /)Case Disposed / Order of Court).

Mariana Gonzalez-Perez

DATED: __2/28/08__

                                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                                  OR
                    DUSM
                                                                W. SAMUEL HAMRICK, JR., Clerk
                                                                by _____
                                                                          Deputy Clerk