UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0591-JM |
| | ) | |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(ii) and |
| DIEGO LEONARDO TORRES, | ) | (v)(II) - Transportation of |
| aka David Auerlio Flores, | ) | Illegal Aliens and Aiding and |
| | ) | Abetting |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 14, 2008, within the Southern District of California, defendant DIEGO LEONARDO TORRES, aka David Auerlio Flores, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Margarito Sevillano-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/4/08 .

KAREN P. HEWITT
United States Attorney



DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/21/08