| | |
|---|---|
| 1 | Marc X. Carlos |
| | BARDSLEY & CARLOS, LLP |
| 2 | California SBN 132987 |
| | 424 "F" Street, Suite A |
| 3 | San Diego, CA  92101 |
| | Telephone: (619) 702-3226 |
| 4 | Facsimile:   (619) 702-5415 |
| 5 | Attorneys for Defendant |
| | DIEGO LEONARDO TORRES |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(MAGISTRATE JUDGE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0462-WM |
| | ) | 08CR0591-JM |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR** |
| v. | ) | **CONTINUANCE OF** |
| | ) | **DISPOSITION HEARING** |
| | ) | |
| DIEGO LEONARDO TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Douglas Keehn, Assistant United States Attorney, and defendant DIEGO LEONARD TORRES, by and through his counsel, Marc X. Carlos, that the disposition hearing for the above-named defendant currently scheduled for March 13, 2008 at 9:30 a.m. be continued to March 20, 2008 at 9:30 a.m. The reason for this request is that counsel is currently involved in a complex motion hearing in San Diego Superior Courthouse, <u>People v. Steve Castaneda</u>, (Case No. SCD 193845).  Assistant United States Attorney Douglas Keehn has been notified of instant request and does not object.

1  ///

2  ///

3

4        IT IS SO STIPULATED AND AGREED.

5

6

7  Date: 03/10/2008                    S/Marc X. Carlos
                                       MARC X. CARLOS
                                       Attorney for
8                                      DIEGO LEONARDO TORRES

9

10 Date: 03/10/2008                    S/Douglas Keehn
                                       DOUGLAS KEEHN
11                                     Assistant U.S. Attorney