**CERTIFICATE OF SERVICE**

**U.S. v. Diego Leonardo Torres**
**Case No. 08CR0591-JM**
**Case No. 08MJ0462**

Counsel for Defendant Diego Leonardo Torres hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Disposition Hearing were served electronically upon the following attorneys:

AUSA, Douglas Keehn

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos