FILED

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(MAGISTRATE JUDGE WILLIAM McCURINE, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 08CR0591-JM |
| | |
| | **ORDER** |
| v. | |
| DIEGO LEONARDO TORRES, | |
| Defendants. | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant DIEGO LEONARDO TORRES's disposition hearing currently scheduled for March 13, 2008 at 9:30 a.m. be continued to March 20, 2008 at 9:30 a.m..

IT IS SO ORDERED.

Date: 3/11/08

MAGISTRATE WILLIAM McCURINE, JR.
UNITED STATES DISTRICT JUDGE