UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff )<br>　　　　　　　　　　　　　　 )<br>　vs. )<br>Diego Leonardo Torres )<br>　　　　Defendant(s) ) | 08mj0402<br>CRIMINAL NO. 08CR0591-JM<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 07239298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Margarito Sevillano-Garcia

DATED: 3/11/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082