PS 8B
(05/08)

May 23, 2008



# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Torres, Diego Leonardo        **Dkt No.:** 08CR591-JM

**Name of Judicial Officer:** The Honorable Jeffery T. Miller, United States District Judge

**Date Conditions Were Ordered:** February 19, 2008, before the Honorable Judge McCurine

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both.

**Date Released on Bond:** February 25, 2008

**Charged Offense:** Transportation of Illegal Aliens and Aiding and Abetting

**Next Court Hearing:** July 11, 2008, for Sentencing at 11:00 a.m.

**AUSA:** Carlos Cantu        **Defense Counsel:** Marc Carlos (Retained)
    (619) 557-5766                              (619)702-3226

**Prior Violation History:** On April 10, 2008, the defendant was arrested at the Chula Vista, California Department of Motor Vehicles for Perjury, Burglary: Second Degree, Filing False Instruments in a State Office, Acts in Assumed Character, and Forgery. On April 18, 2008, the defendant was released on a $50,000 bond. On May 9, 2008, the San Diego South Bay Municipal Court dismissed the case. Pretrial Services submitted an Information Letter on April 14, 2008, to your Honor regarding this matter.

PS 8B
(05/08)

**Name of Defendant**: Torres, Diego Leonardo          May 23, 2008
**Docket No.**: 08CR591-JM

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO DRUG TESTING AND/ OR TREATMENT.

Page 2

### CAUSE

On May 14, 2008, the defendant reported to United States Probation Officer Kim Landreth, during the Pre-Sentence interview, that he has abused alcohol and cocaine since the age of fourteen. The defendant reported to our office on May 21, 2008, and was questioned about his substance abuse. The defendant verified he has a history of alcohol and drug abuse. The defendant indicated he is willing to participate in drug testing and/or a treatment as directed by Pretrial Services to address his substance abuse. Pretrial Services contacted Assistant United States Attorney Carlos Cantu and he does not object to adding this condition of release. Our office has left messages for defense counsel Marc Carlos regarding this matter, however, he has not returned our telephone calls.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** _____

Respectfully submitted:                       Reviewed and approved:
by /s/ Monique R. Arthur                      /s/
Monique R. Arthur                             Supervising U.S. Pretrial Services Officer
United States Pretrial Services Officer
Assistant
(619) 446-3729
Place: San Diego, California

PS 8B
(05/08)

**Name of Defendant**: Torres, Diego Leonardo                                   May 23, 2008
**Docket No.**: 08CR591-JM

                                                                                  Page 3

---

**THE COURT ORDERS:**

____✓____   AGREE.  Modify the conditions of release to include the defendant to submit to drug testing and/or a treatment as directed by Pretrial Services.

_____   DISAGREE.  Schedule an hearing on this matter to show why Pretrial Release should not be revoked.

_____   OTHER.

_____

_____

_____


_____            5/27/08
The Honorable Jeffery T. Miller                   Date
U.S. District Judge