Marc X. Carlos
California State Bar No. 132987
**BARDSLEY & CARLOS L.L.P.**
424 "F" Street, Suite A
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile:   (619) 702-5415

Attorney for Defendant
DIEGO LEONARDO TORRES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIEGO LEONARDO TORRES,<br><br>  Defendant. | CASE NO. 08CR591-JTM<br><br>DEFENDANT'S ACKNOWLEDGMENT<br>OF CONTINUANCE OF SENTENCING |

### ACKNOWLEDGMENT

DEFENDANT DIEGO LEONARDO TORRES HEREBY ACKNOWLEDGES AND CONSENTS to the date of his sentencing hearing to be continued from July 11, 2008 at 11:00 a.m. to September 5, 2008 at 11:00 a.m.

SO ACKNOWLEDGED.


Dated: July 8, 2008                              Respectfully submitted,


                                                 _____
                                                 DIEGO LEONARDO TORRES
                                                 Defendant

08CR591-JTM