**CERTIFICATE OF SERVICE**

**U.S. v. Diego Leonardo Torres**
**Case No. 08CR591-JTM**

Counsel for Defendant Diego Leonardo Torres hereby certifies that on this date copies of Defendant's Acknowledgment of Next Court Date were served electronically upon the following attorneys:

AUSA, Rebecca Kanter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2008, at San Diego, California.

s/Marc X. Carlos
Marc X. Carlos